<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————————

**No. 01-7928**

————————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

YOLANDA VIOLA BURGESS,

Defendant - Appellant.

————————————

**No. 01-7991**

————————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

YOLANDA VIOLA BURGESS,

Defendant - Appellant.

————————————

Appeals from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (CR-00-162-A)

————————————

Submitted: February 21, 2002          Decided: March 6, 2002

————————————

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Yolanda Viola Burgess, Appellant Pro Se.  Kimberly Riley Pedersen, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In these consolidated appeals, Yolanda Viola Burgess seeks to appeal the district court's orders denying her motions for provision of transcripts.  We have reviewed the record and the district court's opinions and find no reversible error.  Accordingly, we grant leave to proceed in forma pauperis but affirm on the reasoning of the district court.  See United States v. Burgess, No. CR-00-162-A (E.D. Va. Oct. 17, 2001; Nov. 6, 2001).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED